# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | |
|---|---|
| JIMMIE WINTERSON, | * |
| Plaintiff, | * |
| v. | *  CASE NO.: 3:08CV513 HTW-LRA |
| MAGNA-LOCK USA, INC., et al., | * |
| Defendants. | * |

## ORDER

After considering the parties' Joint Motion to Dismiss the remaining Defendants, it is the opinion of this Court that the Motion should be and it is hereby **GRANTED**. It is, therefore,

**ORDERED, ADJUDGED and DECREED** that the Motion to Dismiss Plaintiff's claims against the Defendants is hereby granted. This Order dismisses all remaining claims of Plaintiff's Complaint against all Defendants. Each party will bear their own costs.

**DATED** this the 31st day of August, 2009.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE